# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-852-649**

EFFECTIVE DATE OF REGISTRATION
12 / 9 / 03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
Microsoft Office PowerPoint 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a NAME OF AUTHOR ▼**
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**b NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**c NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ October   Day ▶ 21   Year ▶ 2003
U.S.A.

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
DEC 0 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼     Year of Registration ▼
TX 5-318-232                                                      2001

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a   Previous version & files copyrighted by various third parties

**6**

b   Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
    Additional programming text, additional written text, and editorial revisions

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                            Account Number ▼

a   Microsoft Corporation                                         DA063919

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b   Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052

    Area code and daytime telephone number ▶ (425) 706-9104        Fax number ▶ (425) 936-7329
    Email ▶ judywe@microsoft.com

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
                                                                  ☐ author
                                                                  ☐ other copyright claimant
                                       Check only one ▶           ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.  ☒ authorized agent of Microsoft Corporation
                                                                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston                                                    Date ▶ 12.4.03

Handwritten signature (X) ▼

X _(signature)_

**Mail certificate to:**
Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼
One Microsoft Way

City/State/ZIP ▼
Redmond, WA 98052

**9**

Certificate will be mailed in window envelope

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—30,000                                               ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/09,020