

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

March 11, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,200,236* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *July 06, 1982*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *July 06, 2002*
SECTION 8 & 15
AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED
SAID RECORDS SHOW TITLE TO BE IN:
  *MICROSOFT CORPORATION*
  *A WASHINGTON CORP*


By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

M. K. HAWKINS
Certifying Officer

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

**United States Patent and Trademark Office**

Reg. No. 1,200,236
Registered Jul. 6, 1982

## TRADEMARK
## SERVICE MARK
Principal Register

## MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SERVICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

## Certificate of Correction

Registered July 6, 1982                                Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.

[SEAL]

Attest:
MICHAEL J. HYNAK,
Attesting Officer.

GERALD J. MOSSINGHOFF,
*Commissioner of Patents and Trademarks.*