

Nº 1475795

# THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this ninth day of February, 1988.

Commissioner of Patents and Trademarks

Reg. No. 1,475,795
d Feb. 9, 1988

Int. Cl.: 9

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Corrected

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### POWERPOINT

MICROSOFT CORPORATION (DELAWARE CORPORATION)
BOX 97017
16011 NE WAY
RODMOND, WA 930739717, ASSIGNEE OF FORETHOUGHT, INC. (CALIFORNIA CORPORATION) SUNNYVALE, CA

FOR: PRERECORDED COMPUTER PROGRAMS RECORDED ON MAGNETIC DISKS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 4-20-1987; IN COMMERCE 4-20-1987.

SER. NO. 669,735, FILED 6-29-1987.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS