Int. Cl.: 9
Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,999,281

**United States Patent and Trademark Office**  Registered Sep. 20, 2005
Corrected  OG Date May 16, 2006



## TRADEMARK
## PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

THE MARK CONSISTS OF FOUR SQUARE CROSS-SECTION SOLIDS EACH HAVING A GENERALLY SQUARE-SHAPED FRAME EXTENDING OUTWARDLY THEREFROM. COLOR IS CLAIMED AS A PART OF THE MARK. THE UPPER LEFT-HAND FRAME IS RED FADING TO ORANGE AND THE UPPER LEFT-HAND SQUARE IS ORANGE. THE UPPER RIGHT-HAND FRAME AND SQUARE ARE BLUE. THE LOWER LEFT-HAND FRAME AND SQUARE ARE YELLOW. THE LOWER RIGHT-HAND FRAME AND SQUARE ARE GREEN.

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, EMAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, EMAIL ADDRESS AND OTHER CONTACT INFORMATION, MAPPING, GEOGRAPHICAL LOCATIONS, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMPUTER COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 16, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

ACCESSING WEBSITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEBSITES, ALL IN THE FIELDS OF BUSINESS AND BUSINESS MANAGEMENT AND INFORMATION; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEBSITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER E-COMMERCE SOFTWARE TO ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA A GLOBAL COMPUTER NETWORK; COMPUTER SOFTWARE FOR NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED, HANDWRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEBSITES ON THE INTERNET; AND HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-2003; IN COMMERCE 2-19-2003.

SER. NO. 78-976,277, FILED 11-25-2002

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 16, 2006.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE