RECEIVED 

2008 JUN -9 A 11: 23

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
PHONE: 202.628.6600
FAX: 202.434.1690
www.perkinscoie.com

John K. Roche
PHONE: (202) 434-1627
EMAIL: JRoche@perkinscoie.com

June 9, 2008

**VIA HAND DELIVERY**

Civil Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314
703-299-2101

Re:   *Microsoft Corp. v. L&Y Electronics, Inc., et al.*

Dear Civil Clerk:

In the folder marked "FILE WITH CLERK," please find enclosed for filing one check for $350 and originals of the following pleadings in the above-captioned case:

1) Civil Cover Sheet;
2) Complaint;
3) Summons for each defendant;
4) Report on Action Regarding Copyright;
5) Report on Action Regarding Trademark; and
6) Financial Disclosure Statement (original and one copy).

In the folder marked "SERVICE COPIES," please find enclosed an additional copy of the Complaint for date stamping as well as two copies of each Summons for endorsement. **Service will be made by private process server** today if it is possible for the clerk's office to endorse the Summonses today and return them to my messenger. If it is not possible for the clerk's office to endorse the Summonses today, please kindly notify me at 202-434-1627 when they have been endorsed. At that time my messenger will return to your office to retrieve the endorsed copies.

In the folder marked "STAMP COPIES," please find enclosed additional copies of each of the above referenced documents for date stamping and endorsement. Please also return these copies to my messenger for our case file.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

Page 2

Thank you for your assistance in this matter and please do not hesitate to contact me if you have any questions.

Very truly yours,

John K. Roche