```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100009066
Cashier ID: rbroaden
Transaction Date: 06/09/2008
Payer Name: PERKINS COIE
```

CIVIL FILING FEE
 For: PERKINS COIE
 Amount:         $350.00

CHECK
 Remitter: PERKINS COIE
 Check/Money Order Num: 4429
 Amt Tendered: $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE NEW SUIT
108CV596