AO 440 (Rev. 04/08) Civil Summons

iss. by SPS

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2008 JUN -9  A 11: 26

| MICROSOFT CORPORATION | ) | CLERK US DISTRICT COURT |
| --- | --- | --- |
| Plaintiff | ) | ALEXANDRIA, VIRGINIA |
| v. | ) | Civil Action No. 1:08 CV 596 |
| L&Y ELECTRONICS, INC., et al., | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

John A. Linton
14824 Build America Drive
Woodbridge, Virginia 22191

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John K. Roche
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C.  20005-2003

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

_____
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

⊗ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| L&Y ELECTRONICS, INC., et al., | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sangsoon Linton
14824 Build America Drive
Woodbridge, Virginia 22191

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John K. Roche
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C.  20005-2003

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

_____
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2008 JUN -9 A 11: 26
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| **MICROSOFT CORPORATION** | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08 CV 596 |
| **L&Y ELECTRONICS, INC., et al.,** | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Serve: L&Y ELECTRONICS, INC.,
John A. Linton, Corporate Officer
14824 Build America Drive
Woodbridge, Virginia 22191

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John K. Roche
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C.  20005-2003

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

COPY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*