FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2008 JUN -9  A 11: 23

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

MICROSOFT CORPORATION, )
a Washington corporation, )
 )
 Plaintiff, )
 ) Civil Action No. 1:08cv596
 v. )
 )
L&Y ELECTRONICS, INC., )
a Virginia corporation; JOHN A. LINTON, )
an individual; SANGSOON LINTON, )
an individual, )
 )
 Defendants. )

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Microsoft Corporation in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

DATED this 9th day of June, 2008.

Respectfully submitted,

By_____
John K. Roche (VSB# 68594)
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C. 20005-2003
Phone: 202-434-1627
Fax: 202-654-9106
JRoche@perkinscoie.com

Attorney for Plaintiff Microsoft Corporation