AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____E.D. Virginia____ on the following  G Patents or  ☒ Trademarks:

| DOCKET NO. | DATE FILED 6/9/2008 | U.S. DISTRICT COURT E.D. Virginia |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington corporation, | | DEFENDANT<br>L&Y ELECTRONICS, INC., a Virginia corporation, JOHN A. LINTON, and SANGSOON LINTON, |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,200,236 | 7/6/1982 | Microsoft Corporation |
| 2 | 1,256,083 | 11/1/1983 | Microsoft Corporation |
| 3 | 1,872,264 | 1/10/1995 | Microsoft Corporation |
| 4 | 2,744,843 | 7/29/2003 | Microsoft Corporation |
| 5 | 1,475,795 | 2/9/1988 | Microsoft Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY   G Amendment   G Answer   G Cross Bill   G Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## ADDENDUM TO REPORT ON THE FILING OR
## DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 6. 1,741,086 | 12/22/1992 | Microsoft Corporation |
| 7. 2,188,125 | 9/8/1998 | Microsoft Corporation |
| 8. 2,999,281 | 9/20/2005 | Microsoft Corporation |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

   In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. / DATE FILED: 6/9/2008 | U.S.D.C. Eastern District of Virginia (Alexandria Division)<br>Albert V. Bryan U.S. Courthouse, 401 Courthouse Square<br>Alexandria, VA 22314 |
| PLAINTIFF<br>MICROSOFT CORPORATION,<br>a Washington corporation | DEFENDANT<br>L&Y ELECTRONICS, INC., a Virginia corporation, JOHN A. LINTON, an individual, SANGSOON LINTON, an individual |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TX 5-837-617 | Microsoft Office Pro 2003 | Microsoft Corporation |
| 2 TX 5-837-636 | Microsoft Office Excel 2003 | Microsoft Corporation |
| 3 TX 5-900-87 | Microsoft Office Outlook 2003 | Microsoft Corporation |
| 4 TX 5-852-649 | Microsoft Office PowerPoint 2003 | Microsoft Corporation |
| 5 TX 5-900-088 | Microsoft Office Word 2003 | Microsoft Corporation |

   In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

   In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## ADDENDUM TO REPORT ON THE FILING OR
## DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 6. TX 5-837-618 | Microsoft Publisher 2003 | Microsoft Corporation |
| 7. TX 5-877-513 | Business Contact Manager for Office Outlook 2003 | Microsoft Corporation |
| 8. TX 5-901-713 | Microsoft Office Access 2003 | Microsoft Corporation |