AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

FILED
2008 JUN 17 A 9 42
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| MICROSOFT CORPORATION | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:08cv596 |
| L&Y ELECTRONICS, INC., et al., | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sangsoon Linton
14824 Build America Drive
Woodbridge, Virginia 22191

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John K. Roche
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C. 20005-2003

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/9/08

Fernando Galindo, Clerk
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  06/10/08 at 9:24 am ,
by:                                                     with Electronic Case Files Overview, Notice and Exhibit

(1) personally delivering a copy of each to the individual at this place,  14824 Build America Drive, Woodbridge, Virginia 22191 ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date:  06/12/08

*Server's signature*

Michael Reeder, Private Process Server
Printed name and title

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Server's address