IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON



MICROSOFT CORPORATION

    *Plaintiff,*

v.

L & Y ELECTRONICS, INC.,

JOHN A. LINTON, and

SANGSOON LINTON

    *Defendants.*

CASE NO. 1:08cv00596-GBL-JFA

## CONSENT ORDER LEAVE FOR LATE PLEADINGS

ORDERED that in accordance with the agreement of the parties, Defendants, L & Y ELECTRONICS, INC., JOHN A. LINTON, AND SANGSOON LINTON (collectively "Defendants" hereinafter), are granted leave to file responsive pleadings in this matter on or before July 14, 2008.

ENTER:     /s/
John F. Anderson
United States Magistrate Judge

DATE: June 27, 2008

1

WE ASK FOR THIS:

PERKINS COIE, LLP

_____
John K. Roche, Esq. VSB# 68594
607 Fourteenth Street, N.W., Suite 800
Washington, D.C. 20005
202-434-1627; 202-654-9106 facsimile
JRoche@perkinscoie.com
Counsel for Plaintiff


A ATTORNEY LLC

_____
Timothy W. Graves, Esq. VSB# 45414
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
703-365-8306; 703-365-8307 - facsimile
A-Atty@verizon.net
Co-counsel for Defendants


QUINTO & WILKS, P.C.

_____
Jenine Elco Graves, Esq. VSB# 44877
3441 Commission Court
Lake Ridge, Virginia 22192
703-492-9955; 703-492-9455 – facsimile
JenineG@quintowilks.com
Co-counsel for Defendants

2