IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION | : |
| *Plaintiff,* | : |
| v. | : CASE NO. 1:08cv00596-GBL-JFA |
| L & Y ELECTRONICS, INC., | : |
| JOHN A. LINTON, and | : |
| SANGSOON LINTON | : |
| *Defendants.* | : |

### NOTICE OF SUBMISSION OF AFFIDAVIT OF JOHN A. LINTON

COME NOW Defendants, L & Y ELECTRONICS, INC., JOHN A. LINTON and SANGSOON LINTON and hereby give notice of their submission of the following documents:

- Affidavit of John A. Linton with attached exhibits.

_____/s/_____
Jenine Elco Graves, Esq.
Virginia State Bar No. 44877
Co-counsel for Defendants
QUINTO & WILKS, P.C.
3441 Commission Court
Lake Ridge, Virginia 22192
Phone: 703-492-9955
Fax: 703-492-9455
jgraves@quintowilks.com

_____
Timothy W. Graves, Esq.
Virginia State Bar No. 45414
Co-counsel for Defendants
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this ___14th___ day of July, 2008, I will electronically file the forgoing Notice of Submission of Affidavit of John A. Linton with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      John K. Roche, Esq.
      Counsel for Plaintiff
      PERKINS COIE, LLP
      607 Fourteenth Street, N.W., Suite 800
      Washington, D.C. 20005
      Phone: 202-434-1627
      Fax: 202-654-9106
      jroche@perkinscoie.com

                                                /s/
                              Jenine Elco Graves, Esq.
                              Virginia State Bar No. 44877
                              Co-counsel for Defendants
                              QUINTO & WILKS, P.C.
                              3441 Commission Court
                              Lake Ridge, Virginia 22192
                              Phone: 703-492-9955
                              Fax: 703-492-9455
                              jgraves@quintowilks.com