END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE
IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and the manufacturer ("Manufacturer") of the computer system or computer system component ("Hardware") with which you acquired the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). The terms of a printed paper EULA, which may accompany the Software, supersede the terms of any on-screen EULA. This EULA is valid and grants the end-user rights ONLY if the Software is genuine and a genuine Certificate of Authenticity ("COA") for the Software is included. For more information on identifying whether your Software is genuine, please see http://www.microsoft.com/piracy/howtotell.
By installing, copying, downloading, accessing or otherwise using the Software, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, you may not use or copy the Software, and you should promptly contact Manufacturer for instructions on return of the unused product(s) for a refund in accordance with Manufacturer's return policies.
SOFTWARE LICENSE
The term "Computer" as used herein shall mean the Hardware, if the Hardware is a single computer system, or shall mean the computer system with which the Hardware operates, if the Hardware is a computer system component.
1.      GRANT OF LICENSE. Manufacturer grants you the following rights provided that you comply with all terms and conditions of this EULA:
1.1     Installation and use. Except as otherwise expressly provided in this EULA, you may install and use one copy of the Software on the Computer. The Software may not be installed, accessed, displayed, run, shared or used concurrently on or from different computers, including a workstation, terminal or other device.
1.2     Software as a Component of the Computer - Transfer. THIS LICENSE MAY NOT BE SHARED, TRANSFERRED TO OR USED CONCURRENTLY ON DIFFERENT COMPUTERS. The Software is licensed with the Computer as a single integrated product and may only be used with the Computer. If the Software is not accompanied by a Computer, you may not use the Software. You may permanently transfer all of your rights under this EULA only as part of a permanent sale or transfer of the Computer, provided you retain no copies, if you transfer the Software (including all component parts, the media, any upgrades, this EULA and the COA), and the recipient agrees to the terms of this EULA. If the Software is an upgrade, any transfer must also include all prior versions of the Software.
1.3     License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4     License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the purpose of providing you with technical support and maintenance services.

(page numbers added for convenience of reader)                                           - 1 -

1.5     License Grant for Media Elements.  The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements").  You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

•       You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.

•       You may not grant customers of your product or service any rights to license or distribute the Media Elements.

•       You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.

•       You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Manufacturer and MS (as defined below) and Microsoft Corporation from and against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6     License Grant for Documentation.  The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7     License Grant for Templates.  The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software.  You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication.  You are not licensed to do any of the following:

•       You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.

•       You may not distribute the templates available via Internet-based services as part of any product or service.

•       You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Manufacturer and MS (as defined below) and Microsoft Corporation against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

1.8     Back-up Copy.  YOU MAY MAKE A SINGLE BACK-UP COPY OF THE SOFTWARE.  YOU MAY USE THE ONE (1) BACK-UP COPY SOLELY FOR YOUR ARCHIVAL PURPOSES AND TO REINSTALL THE SOFTWARE ON THE COMPUTER.  EXCEPT AS EXPRESSLY PROVIDED IN THIS EULA OR BY LOCAL LAW, YOU MAY NOT OTHERWISE MAKE COPIES OF THE SOFTWARE,

INCLUDING THE PRINTED MATERIALS ACCOMPANYING THE SOFTWARE. YOU MAY NOT LOAN, RENT, LEASE, LEND OR OTHERWISE TRANSFER THE CD OR BACK-UP COPY TO ANOTHER USER.

2.   DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.
2.1   Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify the Computer or alter the Software. Microsoft Licensing, Inc., Microsoft Licensing, GP, Microsoft Ireland Operations, Ltd. or another Microsoft entity (collectively referred to herein as "MS"), Microsoft Corporation, or their affiliates, will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. MS and Microsoft Corporation and their affiliates will not collect any personally identifiable information from your Computer during this process.
2.2   Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.
2.3   Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Manufacturer or MS or their suppliers (including Microsoft Corporation) shall not be liable for any damages arising out of errors in the speech and handwriting recognition processes.
2.4   Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.
2.5   Single EULA. The package for the Software may contain multiple versions of this EULA, such as multiple translations and/or multiple media versions (e.g., in the user documentation and in the software). In this case, you are only licensed to use one copy of the Software for which a COA is provided.
2.6   On-Line Services. Certain functionality of the Software may require separately acquired on-line services. Neither the Software nor this EULA gives you any rights to use the Internet, any on-line or other services or software that may be necessary to use all features associated with the Software.

3.   RESERVATION OF RIGHTS AND OWNERSHIP. Manufacturer and MS and their suppliers (including Microsoft Corporation) reserve all rights not expressly granted