to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. MS, or it suppliers (including Microsoft Corporation) own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Manufacturer, MS or its suppliers (including Microsoft Corporation).

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. LANGUAGE VERSION SELECTION. Manufacturer may have elected to provide you with a one-time selection of language versions of the Software as part of the Software setup process. In such event, you are licensed to use only one of the language versions provided. Once you have used a language version, you are not licensed to use any of the other language versions that Manufacturer may have included with the Computer. Notwithstanding the preceding, if Manufacturer has elected to provide you with a Multilingual User Interface ("MUI") or Language Interface Pack ("LIP") for certain language versions with additional language version support of the Software, the preceding limitation to select and use only one language version of the Software shall not apply, so long as (i) you acknowledge that the MUI or the LIP, and the language support contained therein, is a part of the Software, (ii) you only use the MUI or LIP with the Software, and (iii) you comply with all of the other terms and conditions of this EULA.

6. CONSENT TO USE OF DATA. You agree that MS and Microsoft Corporation and their affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. MS, Microsoft Corporation and their affiliates may use this information solely to improve their products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. MS or Microsoft Corporation are not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. MS or Microsoft Corporation are providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by MS or Microsoft Corporation of the third party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components of the Software ("Supplemental Components") that Manufacturer, MS, Microsoft Corporation or their subsidiaries may provide to you or make available to you after the date you obtain your initial copy of the Software, unlessother terms are provided along with the Supplemental Components. If other terms are not provided along with such Supplemental Components and the Supplemental Components are provided to you by MS, Microsoft Corporation or their subsidiaries, then you will be licensed by such entity under the same terms and conditions of this EULA, except that (i) MS, Microsoft Corporation or their subsidiaries providing the Supplemental Components will be the licensor with respect to such Supplemental Components in lieu of the "Manufacturer" for the purposes of the EULA, and (ii) TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SUPPLEMENTAL COMPONENTS AND ANY (IF ANY) SUPPORT SERVICES

RELATED TO THE SUPPLEMENTAL COMPONENTS ARE PROVIDED AS IS AND WITH ALL FAULTS. SECTIONS 17, 18 and 19 BELOW REGARDING DISCLAIMER OF WARRANTIES, EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES, AND LIMITATION OF LIABILITY AND REMEDIES SHALL APPLY TO SUCH SUPPLEMENTAL COMPONENTS.

Manufacturer, MS, Microsoft Corporation and their subsidiaries reserve the right to discontinue Microsoft Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country. If the Software is identified as "Academic Edition" or "AE," the following additional limitations apply:

• Notwithstanding Section 1.2 of this EULA ("Software as a Component of the Computer - Transfer") and/or any other inconsistent provisions of this EULA, you may not transfer the Software.

• This "Academic Edition" version of the Software is only eligible for upgrade if an "Academic Edition" Upgrade for the corresponding software product is made generally available. If the Software is labeled as an upgrade, you must be properly licensed to use software identified by MS or Microsoft Corporation as being eligible for the upgrade in order to use the Software ("Eligible Software"). For the purpose of upgrade products only, "Hardware" shall mean the computer system or computer system component with which you received the Eligible Software. Software labeled as an upgrade replaces and/or supplements (and may disable, if upgrading a Microsoft product) the Eligible Software which came with the Hardware. You may use the resulting upgraded product only in accordance with the terms of this EULA and only with the Hardware. If the Software is an upgrade of a component of a package of software programs that you licensed as a single product, the Software may be used only as part of that single product package and may not be separated for use on more than one computer.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one Computer.

14. SOFTWARE SUPPORT. Software support for the Software is not provided by MS, Microsoft Corporation, or their affiliates or subsidiaries. For Software support, please refer to Manufacturer's support number provided in the documentation for the Computer. Should you have any questions concerning this EULA, or if you desire to contact Manufacturer for any other reason, please refer to the address provided in the documentation for the Computer.

15. TERMINATION. Without prejudice to any other rights, Manufacturer or MS may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

The following Limited Warranty applies if you acquired the Software in the US or Canada:

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA.

Manufacturer warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt. If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY-DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety-day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Manufacturer, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Manufacturer's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction.

YOUR EXCLUSIVE REMEDY. Manufacturer's and its suppliers' (including MS', Microsoft Corporation's (including their subsidiaries) and their respective suppliers') entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Manufacturer's option from time to time exercised subject to applicable law, (a) return