# POLICY FOR USED COMPUTERS

ALL COMPUTERS ARE SOLD AS-IS
(1)Please read the definition of AS-IS in front of the Store.
(2)Please take your time and throughly check the COMPUTER out that such is in proper working order.
(3)ANY SERVICE after the sell is preformed at the current service rate; no matter how long you have owned the computer.
(4)All computers will have a Authentic Software from the Manufacturer. Ensure the licensed cdrom , recovery cdrom or a recovery partition for any application or operating system on the computer is presented with any type of license number or sticker required from the Manufacturer. **Please ensure, you obtain such at the time when you purchase the computer.**
(5)Some computers will have a Warranty from the Manfacturer, please check with the Manufacturer.
(6)**During the time of the sell, L&Y does offer service contracts for a used computer and will make a Service Contract for your needs.**
(7)Your signature on the check out sheet indicated you have throughly read this policy and understood & have asked all questions that you had any questions/concerns/issues on this policy.

# POLICY FOR USED MOTHERBOARDS

ALL MOTHERBOARDS ARE SOLD AS IS
(1)Please read the definition of AS-IS in front of the Store.
(2)Please take your time and throughly check the **Motherboard** out that such is in proper working order.
(3)3)ANY SERVICE after the sell is preformed at the current service rate; no matter how long you have owned the motherboard.
(4)Your signature on the check out sheet indicated you have throughly read this policy and understood & have asked all questions that you had any questions/concerns/issues on this policy.

| Check Number | Drive Model & Manufacturer | Serial Number | Checked Date | Customer Name | Customer Int. | Understand L&Y Policy as to AS IS computer and Motherboard |
|---|---|---|---|---|---|---|
| 10,530 | HP Papillion Notebook | 10,530 | 06-07-08 | x Reuad | x RM | JH |
| 10,531 | Dell | JDJW611 | 06-09-08 | | YRM | |
| 10,532 | Dell Latitude D400 | 86XGP31 | 6-10-08 | x | x | MAL |
| 10,533 | E-Machine T4bh | | | | CM | EM |
| 10,534 | Acer Travelmate | 10.534 | 6-14-08 | | XHJ | |
| 10,535 | Compaq 6520l | XK/5970NFN | 14-Jun-08 | | BY | RR |
| 10,536 | Thinkpad Z60t | LR-00939 | 14 JUN 08 | x | x | MAL |
| 10,537 | Latitude D500 | 5FNNP31 | 6-17-08 | x Defreex | x | MAL |
| 10,538 | Dell Latitude | 3DKJE | 06-17-08 | Raul | | |
| 10,539 | | H9PFF11 | 19-Jun-08 | | | |
| 10,540 | Acer A5E380 | 7660125557 | 6/19/08 | x Paulino | x | MAL |
| 10,541 | | | | | | |
| 10,542 | | | | | | |
| 10,543 | | | | | | |
| 10,544 | | | | | | |
| 10,545 | | | | | | |
| 10,546 | | | | | | |
| 10,547 | | | | | | |
| 10,548 | | | | | | |
| 10,549 | | | | | | |
| 10,550 | | | | | | |
| 10,551 | | | | | | |
| 10,552 | | | | | | |
| 10,553 | | | | | | |
| 10,554 | | | | | | |
| 10,555 | | | | | | |
| 10,556 | | | | | | |
| 10,557 | | | | | | |
| 10,558 | | | | | | |