Page: 1

**L&Y Electronics Inc,.**
Service Department
14824 Build America Drive
Woodbridge, Virginia 22191-3437
703-494-3444 703-643-1729

# Invoice

Number: **236980**

Date: **March 22, 2007**

**Bill To:**
Richard Logue

**Ship To:**

| P.O. Number | Terms | Customer # | Service Rep | Project |
|---|---|---|---|---|
| 032207 | | | | |

| Description | Quantity/Hours | Price/Rate | Tax | Amount |
|---|---|---|---|---|
| BLACK CASE ITEM:3688KL 052970721 | 1.00 | 60.00 | ✓ | 60.00 |
| SEAGATE BARRUDA 7200.9 160 G 5LS44S9H | 1.00 | 65.00 | ✓ | 65.00 |
| ASUS DRW-1612BL 6CD0AA754142 | 1.00 | 50.00 | ✓ | 50.00 |
| INTEL DQ965GF BQGF6440047E | 1.00 | 300.00 | ✓ | 300.00 |
| Pentium IV 3.0 g 1M 800 | 1.00 | 0.00 | ✓ | 0.00 |
| SAMSUNG 256MB M378T3354BZ0 3200U | 2.00 | 25.00 | ✓ | 50.00 |
| MANHATTAN SCIOKET T CPU COOLER | 1.00 | 25.00 | ✓ | 25.00 |
| DISCOUNT ON ABOVE FAN | 1.00 | (25.00) | ✓ | (25.00) |
| WINDOWS  XP PROFESSIONAL | 1.00 | 150.00 | ✓ | 150.00 |
| SERVICE | 6.00 | 15.00 | | 90.00 |
| DEPOSIT 236980 | 1.00 | (500.00) | | (500.00) |
| MICROSOFT OFFICE PROFESSIONAL 2003 USED | 1.00 | 125.00 | ✓ | 125.00 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $505.00 | $505.00 |

Page: 2

**L&Y Electronics Inc,.**
Service Department
14824 Build America Drive
Woodbridge, Virginia 22191-3437
703-494-3444  703-643-1729

# Invoice

Number: **236980**

Date:   **March 22, 2007**

**Bill To:**

Richard Logue

**Ship To:**

| P.O. Number | Terms | Customer # | Service Rep | Project |
|---|---|---|---|---|
| 032207 | | | | |

| Description | Quantity/Hours | Price/Rate | Tax | Amount |
|---|---|---|---|---|
| MQ2VC CGTCT 9MK6K 3PG7R GHTK3(Key code for Windows Professional) Please the Keycode in a safe place:software in motherboard box: Front and rear chasis fan will show up as (0) in Intel desktop Ultiities;MICROSOFT PROFESSIONAL EDITION M2B99 CDGGH 263XY 49KB2 8FTPQ. USE WINDOWS MEDIA PLAYER FOR DVD MOVIES.FARSTONE RESTOREIT HAS BEEN LOADED AND MADE A BACK UP OF THE SYSTEM. ALWAYS KEEP A BACK UP OF THE SYSTEM TO RESTORE. | | | | |

|  |  |
|---|---|
| Sub-Total | $390.00 |
| State Tax 5.00% on 800.00 | 40.00 |
| Total | $430.00 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $505.00 | $505.00 |