Service Request

Service Number  I 7149                    Date

| Mo. | Day | Yr. |
|-----|-----|-----|
| 0 4 | 2 2 | 0 8 |

Customer Last Name:

| C | ' | N | E | I | L | | | | | | | | | | | | | | | | | | |

Customer First Name and M. Initial:

| R | E | I | D | | | | | | | | | | | | | | | | | | | | |

Street Address and/or Apt.

City                                                                    State

Telephone   Home ☐   Work ☐   Cell ☑   Answer Mac. ☐

| 5 | 7 | 1 | – | 2 | 9 | 6 | – | 1 | 8 | 2 | 3 |

Telephone   Home ☐   Work ☐   Cell ☐   Answer Mac ☐

*Number is unreachable*
*PTS 6180*

Type of Equipment   Computer ☐ Monitor ☐ Hard Drive ☐
Modem ☐   Other _____ :

Serial Number:         None ☐

Accessories Left:    Mark If None ☐
If you mark none and leave such on the premises L&Y is not
responsible.

Warranty Repair ☐    Date of Repair/Upgrade
                     Month/Day/Year

Nature of Service:

**Repair**   ☐[Hardware ☐ Software ☐] Upgrading ☐

Describe Below in Explicit Detail, What is the problem:

2x Cases $60.00 ea

2x Pentium D 150.00 ea

2x 1024 $25 ea

2x 160 $60.00 ea

2x DVD-RW $40.00 ea

2x Win XP Pro $150 ea

1x Office 03 Pro

Deposit $600

###### UPGRADE ######

Cpu _____   Motherboard _____   Memory _____

Hardrive _____   Case _____   CDrom _____   Sound Card _____

Modem _____   Other _____   Other _____ :

Remark above what service is to be performed:

Cost of Repair:

$60.00 per Hr for Normal Service    ☐ ($72.00 per Hr for Int. Service   ☐)

Flat Rate Service $_____.____   ☐

L&Y allows 15 minutes ,more or less, to show proper repair/upgrade of Equipment above this amount L&Y will charge for at the above rate.

I __VE READ AND UNDERSTOOD THE SERVICE POLICY IN FRONT OF BOOK :

_____   Date ____/____/____

17940938   **Original INVOICE**

**D&H**

ACCT#: 0432090000   Page 1 of 1   12/28/07

SHIP TO:
L & Y TV SERVICE/CH
14824 BUILD AMERICA DRIVE
WOODBRIDGE VA 22191

SHIP FROM:
D & H DISTRIBUTING
Phone: (717)236-8001, ex. 7832
909 Katie Court
HARRISBURG PA 17109

| QTY | BO | ITEM # | UPC | DESCRIPTION | PRICE | EXT AMT. |
|---|---|---|---|---|---|---|
| 10 | 0 | DH20A4P04 | DH-20A4P-04 | 20X DVDRW Super AllWrite Bulk | 25.00 | 250.00 |
| 1 | 0 | OEMWINCPRO2C3PK | 0882224580908 | WINDOWS XP PRO OEM 3PK | 407.00 | 407.00 |
| 1 | 0 | OEMWINXPHM2B3PK | 0882224247771 | WINDOWS XP HOME OEM 3PK | 251.63 | 251.63 |
| 3 | 0 | MSIVOXV2 | 0816909040449 | USB 2.0 TV Tuner (v. 2) | 42.15 | 126.45 |
| 5 | 0 | BS250U | 0701107487595 | 2.5" SATA To USB 2.0 Aluminum | 16.04 | 80.20 |
| 5 | 0 | SAT2510U2 | 0065030823654 | InfoSafe 2.5" USB 2.0 SATA | 14.12 | 70.60 |
| 5 | 0 | ST380215A | ST380215A | 80GB 7200 RPM ATA 3.5" HD | 47.62 | 238.10 |

S/N: 9QZ6ZZD2
S/N: 9QZ71BKN
S/N: 9QZ70QR7
S/N: 9QZ70Z84
S/N: 9QZ70ZWX

| 5 | 0 | WD1600AAJB | WD1600AAJB | 160GB 7,200RPM 8MB Buffer | 53.97 | 269.85 |

S/N: WMAP9C164925
S/N: WMAP9C464566
S/N: WMAP9C165311
S/N: WMAP9C165315
S/N: WMAP9C166530

Frt/Handling   20.73

CHECK 1440
$1,714.56
01/02/08

## CARTON SUMMARY

| CARTON # | TRACK # |
|---|---|
| 1 | 1Z1826927255246657 |

| Shipped | Dept | Cust. PO# | Exempt# | SlsPrsn | Dept | Appr | Terms | Due | |
|---|---|---|---|---|---|---|---|---|---|
| Ground | | 122807 | 176-2741970 | HZ1 | CPD | | CODA | 12/28/07 | $1,714.56 |

PgPcs: 35   SAHbg
TtlPcs: 35   Wght: 33.45 lbs   - @ 17:49

SOLD TO:
L & Y TV SERVICE/CH
14824 BUILD AMERICA DRIVE
Woodbridge VA 22191

### $$$ COLLECT $$$

Shipment of goods pursuant to any purchase orders placed by Buyer does NOT constitute acceptance by Seller of any of the terms and conditions of such purchase orders except as to identification and quantity of goods involved. Seller makes no warranty of merchantability of the goods sold under these conditions of sale, and seller makes no warranty that the goods sold under these conditions of sale are fit for any particular purpose. All claims for damage or discrepancies must be made within two days after receipt of the goods.

*** REMIT TO ***
D&H Distributing Co.
P.O. Box 406942
Atlanta, GA 30384-6942

Page: 1

## L&Y Electronics Inc,.
Service Department
824 Build America Drive
Woodbridge, Virginia 22191-3437
703-494-3444 703-643-1729

# Invoice

Number: **SERVCE 173**

Date:   **April 24, 2008**

| Bill To: | Ship To: |
|---|---|
| REID ONEAL | 571-296-1823 |

| P.O. Number | Terms | Customer # | Service Rep | Project |
|---|---|---|---|---|
| 7149 | | | Matthew | TWO NEW COMPUTERS |

| Description | Quantity/Hours | Price/Rate | Tax | Amount |
|---|---|---|---|---|
| SERVICE IMMEDIATE | 12.00 | 18.00 | | 216.00 |
| CASE CA-J230COM SERIAL NUMBER 2404 | 1.00 | 60.00 | ✔ | 60.00 |
| PENTIUM IV 3.00 GHZ SL7PU LS08A679 | 1.00 | 150.00 | ✔ | 150.00 |
| moTHERBOARD MSI P6NGM 601-7366-020B0711276514 | 1.00 | 85.00 | ✔ | 85.00 |
| ɤNIX 512M 1R*8 PC2-4200U-444-12 | 2.00 | 12.50 | ✔ | 25.00 |
| ST31608156AS 6RA212ZM | 1.00 | 60.00 | ✔ | 60.00 |
| ILite-on model dh-20a4p serial nos. 22273407576 | 1.00 | 40.00 | ✔ | 40.00 |
| Value Socket t/775 heatsink and fan | 1.00 | 0.00 | ✔ | 0.00 |
| CASE CA-J230COM SERIAL NUMBER 2316 | 1.00 | 60.00 | ✔ | 60.00 |
| PENTIUM IV 3.00 GHZ SL7PU L513A871S08A679 | 1.00 | 150.00 | ✔ | 150.00 |
| moTHERBOARD MSI P6NGM 601 7366 020B0711276517 | 1.00 | 85.00 | ✔ | 85.00 |
| Value Socket t/775 heatsink and fan | 1.00 | 0.00 | ✔ | 0.00 |
| hYS64T64000HU-3.7-A | 2.00 | 12.50 | ✔ | 25.00 |
| ST31608156AS 6RA20XVK | 1.00 | 60.00 | ✔ | 60.00 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $0.00 | $1,075.50 | $0.00 | $0.00 | $1,075.50 |

Page: 2

## L&Y Electronics Inc,.

Service Department
 824 Build America Drive
Woodbridge, Virginia 22191-3437
703-494-3444 703-643-1729

# Invoice

Number: **SERVCE 173**

Date:    **April 24, 2008**

| Bill To: | Ship To: |
|---|---|
| REID ONEAL | 571-296-1823 |

| P.O. Number | Terms | Customer # | Service Rep | Project |
|---|---|---|---|---|
| 7149 | | | Matthew | TWO NEW COMPUTERS |

| Description | Quantity/Hours | Price/Rate | Tax | Amount |
|---|---|---|---|---|
| ILite-on model dh-20a4p serial nos. 232752400744 | 1.00 | 40.00 | ✔ | 40.00 |
| Windows XP professional | 2.00 | 150.00 | ✔ | 300.00 |
| DEPOSIT | 1.00 | (600.00) | | (600.00) |
| WINDOWS OFFICE PROFESSIONAL 2003 | 2.00 | 125.00 | ✔ | 250.00 |

| | | |
|---|---|---|
| Sub-Total | | $1,006.00 |
| State Tax 5.00% on 1,390.00 | | 69.50 |
| Total | | $1,075.50 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $0.00 | $1,075.50 | $0.00 | $0.00 | $1,075.50 |

# AMAZON.COM

## Final Details for Order #104-7549351-0991416
Print this page for your records.

**Order Placed:** May 9, 2008
**Amazon.com order number:** 104-7549351-0991416
**Order Total:** $111.99

### Shipped on May 9, 2008

| Items Ordered | Price |
|---|---|
| 1 of: *Microsoft Office 2003 Professional WIN32 for System Builders - Pack [Old Version]* | $105.00 |
| Sold by: MR_Odowd (seller profile) | |

**Shipping Address:**
Matthew Linton
14824 Build America Dr
Woodbridge, VA 22191-3437
United States

Item(s) Subtotal: $105.00
Shipping & Handling: $6.99
-----
Total Before Tax: $111.99
Sales tax: $0.00
-----

**Shipping Speed:**
Expedited Shipping

**Total for this Shipment:** $111.99
-----

### Payment Information

**Payment Method:**
MasterCard | Last 5 digits: 26693

Item(s) Subtotal: $105.00
Shipping & Handling: $6.99
-----

**Billing Address:**
Matthew Linton
14091 Malta Street
Woodbridge, VA 22193
United States

Total Before Tax: $111.99
Estimated Tax: $0.00
-----
**Grand Total:** $111.99
See tax and seller information

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates