IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION | : |
| *Plaintiff,* | : |
| | : |
| v. | : CASE NO. 1:08cv00596-GBL-JFA |
| | : |
| L & Y ELECTRONICS, INC., | : |
| | : |
| JOHN A. LINTON, and | : |
| | : |
| SANGSOON LINTON | : |
| *Defendants.* | : |

## NOTICE OF SUBMISSION OF EXHIBIT: *LINDOWS* 64

COME NOW Defendants, L & Y ELECTRONICS, INC., JOHN A. LINTON and SANGSOON LINTON and hereby give notice of their submission of the following documents:

- *Microsoft v. Lindows* order of court, docket No. 64.

| | |
|---|---|
| _/s/_ | [signature] |
| Jenine Elco Graves, Esq. | Timothy W. Graves, Esq. |
| Virginia State Bar No. 44877 | Virginia State Bar No. 45414 |
| Co-counsel for Defendants | Co-counsel for Defendants |
| QUINTO & WILKS, P.C. | A ATTORNEY LLC |
| 3441 Commission Court | 9300 Grant Avenue, Suite 203 |
| Lake Ridge, Virginia 22192 | Manassas, Virginia 20110 |
| Phone: 703-492-9955 | Phone: 703-365-8306 |
| Fax: 703-492-9455 | Fax: 703-365-8307 |
| jgraves@quintowilks.com | a-atty@verizon.net |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___14th___ day of July, 2008, I will electronically file the forgoing Notice of Submission of Exhibit: *Lindows* 64 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> John K. Roche, Esq.
> Counsel for Plaintiff
> PERKINS COIE, LLP
> 607 Fourteenth Street, N.W., Suite 800
> Washington, D.C. 20005
> Phone: 202-434-1627
> Fax: 202-654-9106
> jroche@perkinscoie.com

                                    /s/
                        _____
> Jenine Elco Graves, Esq.
> Virginia State Bar No. 44877
> Co-counsel for Defendants
> QUINTO & WILKS, P.C.
> 3441 Commission Court
> Lake Ridge, Virginia 22192
> Phone: 703-492-9955
> Fax: 703-492-9455
> jgraves@quintowilks.com