IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | | |
|---|---|---|
| MICROSOFT CORPORATION | : | |
| *Plaintiff,* | : | |
| | : | CASE NO. 1:08cv00596-GBL-JFA |
| v. | : | |
| L & Y ELECTRONICS, INC., | : | |
| JOHN A. LINTON, and | : | |
| SANGSOON LINTON | : | |
| *Defendants.* | : | |

## NOTICE OF SUBMISSION OF EXHIBIT: *LINDOWS* 72

COME NOW Defendants, L & Y ELECTRONICS, INC., JOHN A. LINTON and SANGSOON LINTON and hereby give notice of their submission of the following documents:

- *Microsoft v. Lindows* order of court, docket No. 72.

_____/s/_____
Jenine Elco Graves, Esq.
Virginia State Bar No. 44877
Co-counsel for Defendants
QUINTO & WILKS, P.C.
3441 Commission Court
Lake Ridge, Virginia 22192
Phone: 703-492-9955
Fax: 703-492-9455
jgraves@quintowilks.com

_____
Timothy W. Graves, Esq.
Virginia State Bar No. 45414
Co-counsel for Defendants
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this ___14th___ day of July, 2008, I will electronically file the forgoing Notice of Submission of Exhibit: *Lindows* 72 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>John K. Roche, Esq.
>Counsel for Plaintiff
>PERKINS COIE, LLP
>607 Fourteenth Street, N.W., Suite 800
>Washington, D.C. 20005
>Phone: 202-434-1627
>Fax: 202-654-9106
>jroche@perkinscoie.com

>_____/s/_____
>Jenine Elco Graves, Esq.
>Virginia State Bar No. 44877
>Co-counsel for Defendants
>QUINTO & WILKS, P.C.
>3441 Commission Court
>Lake Ridge, Virginia 22192
>Phone: 703-492-9955
>Fax: 703-492-9455
>jgraves@quintowilks.com