IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION | : |
| *Plaintiff,* | : |
| v. | : CASE NO. 1:08cv00596-GBL-JFA |
| L & Y ELECTRONICS, INC., | : |
| JOHN A. LINTON, and | : |
| SANGSOON LINTON | : |
| *Defendants.* | : |

### NOTICE OF SUBMISSION OF EXHIBITS: NEWS ARTICES AND TECHNOLOGY GUARANTEE

COME NOW Defendants, L & Y ELECTRONICS, INC., JOHN A. LINTON and SANGSOON LINTON and hereby give notice of their submission of the following documents:

- BBC News Article dated November 20, 2006;
- Article by David Radin dated March 29, 2008; and
- Technology Guarantee for 2007 Microsoft Office Suites.

| | |
|---|---|
| _____/s/_____ | _____/Tim/_____ |
| Jenine Elco Graves, Esq. | Timothy W. Graves, Esq. |
| Virginia State Bar No. 44877 | Virginia State Bar No. 45414 |
| Co-counsel for Defendants | Co-counsel for Defendants |
| QUINTO & WILKS, P.C. | A ATTORNEY LLC |
| 3441 Commission Court | 9300 Grant Avenue, Suite 203 |
| Lake Ridge, Virginia 22192 | Manassas, Virginia 20110 |
| Phone: 703-492-9955 | Phone: 703-365-8306 |
| Fax: 703-492-9455 | Fax: 703-365-8307 |
| jgraves@quintowilks.com | a-atty@verizon.net |

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this ___14th___ day of July, 2008, I will electronically file the forgoing Notice of Submission of Exhibits: News Articles and Technology Guarantee with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

   John K. Roche, Esq.
   Counsel for Plaintiff
   PERKINS COIE, LLP
   607 Fourteenth Street, N.W., Suite 800
   Washington, D.C. 20005
   Phone: 202-434-1627
   Fax: 202-654-9106
   jroche@perkinscoie.com

            _____/s/_____
            Jenine Elco Graves, Esq.
            Virginia State Bar No. 44877
            Co-counsel for Defendants
            QUINTO & WILKS, P.C.
            3441 Commission Court
            Lake Ridge, Virginia 22192
            Phone: 703-492-9955
            Fax: 703-492-9455
            jgraves@quintowilks.com