Redemption Form Number

## Technology Guarantee for 2007 Microsoft Office suites
### Instructions for Ordering

**For Distribution Only with a qualifying new PC preloaded with Microsoft Office Basic Edition 2003, Microsoft Office Small Business Edition 2003 or Microsoft Office Professional Edition 2003 from an Authorized System Builder**

2007 Microsoft® Office suites are designed for systems that meet minimum requirements. Minimum system requirements for 2007 Office include:

- PCs that run Windows® XP (SP2) or later
- 500-MHz or faster processor; (1GHz or faster for Microsoft Office Outlook® 2007 with Business Contact Manager)
- 256 MB RAM or more; (512 MB of RAM or more required for Instant Search or Microsoft Office Outlook 2007 with Business Contact Manager)
- 2 GB of available hard disc space necessary for installation

For complete 2007 Office system requirements, visit http://www.microsoft.com/office/products

**ELIGIBILITY REQUIREMENTS**
You must provide all the required documents and complete this original upgrade redemption form to be eligible for this upgrade.

**ORDERING INSTRUCTIONS for the 2007 Microsoft Office suites:**

1. This offer is available if you have purchased a PC preloaded with genuine Microsoft Office Basic Edition 2003, Microsoft Office Small Business Edition 2003 or Microsoft Office Professional Edition 2003 between October 26, 2006 and March 15, 2007 from an authorized system builder.
2. Verify that your receipt for your PC preloaded with Microsoft Office Basic Edition 2003, Microsoft Office Small Business Edition 2003 or Microsoft Office Professional Edition 2003 shows that your purchase date falls between the dates listed above. No exceptions will be made.
3. Submit your order and credit card payment online through the site listed in Online Ordering section. Redeeming this offer requires Internet access. Internet service charges may apply. Upon submission, you will receive an order confirmation number.
4. Mail to the address listed in Online Ordering section: (i) this completed upgrade redemption form, including the online order confirmation number in the space provided and (ii) a copy of your receipt from your authorized system builder. **Only original upgrade forms supplied by an authorized system builder will be accepted.**
5. Submissions must be completed online and required documentation must be postmarked by March 31, 2007.

**ONLINE ORDERING**

**Internet:** Submit order via http://upgradeweb.moduslink.com/office and follow the online instructions.
**Mailing Address:** Mail this completed upgrade redemption form, including the online order confirmation number in the space provided and a copy of your receipt from your authorized system builder in the same envelope to:

**Mail:**
P.O. Box 1918
Orem, UT 84059-1918

**Email:** MSTUPVISTANA@ModusLink.com

**Order Status Checking**
To check the status of an order, please visit http://upgradeweb.moduslink.com/office and follow the online instructions. Shipping and handling fees and all applicable local taxes will apply.

**Name**
[ ] First
[ ] MI
[ ] Last

**Order Confirmation Number** (provided to you when you submit your order online)
[ ]

Any personal information we collect from you on this form may be shared between Microsoft and ModusLink. For complete information on the data collection and use practices of each company, please read the full privacy statements at http://upgradeweb.moduslink.com/privacy.

**Offer Terms and Conditions**

1. Follow the ordering instructions on this redemption form. Microsoft is not responsible for incomplete, illegible, late, lost, mutilated, misdirected or postage-due requests, fraudulent submission of multiple requests, or providing false information in a request. Such requests will disqualify your submission. Microsoft and ModusLink may deny and/or discard any submission deemed to be false or fraudulent.
2. This form may not be reproduced or redistributed without the express written permission of Microsoft.
3. Offer void where prohibited or restricted by law. Limit one upgrade redemption per qualifying new PC. Offer may not be combined with other Microsoft offers or rebates. Cash redemption value 1/100 of 1 cent.
4. Your upgrade software will be in the same language as the preloaded version of Microsoft Office Basic Edition 2003, Microsoft Office Small Business Edition 2003 or Microsoft Office Professional Edition 2003 that you licensed on the qualifying new PC. You may only install the upgrade software on that PC.
5. The upgrade software will ship within approximately 6–8 weeks from the later of the date your completed redemption is received or the applicable language version has been released in your country. This offer is subject to product availability and product supplies.

Microsoft reserves the right to determine availability of upgrade software, to exclude certain language versions, and to end this offer at any time. **If the upgrade you have ordered is not available, you will receive a refund for the amount paid for the upgrade. This will be your sole remedy.**

**Important Upgrade Information:** The upgrade software is available on CD media. A CD-ROM drive is required to install the upgrade software. Upgrade software must be installed on your PC with Microsoft Office Basic Edition 2003, Microsoft Office Small Business Edition 2003 or Microsoft Office Professional Edition 2003 preloaded. Back up all your files and settings before upgrading. You may be required to perform a clean install of your 2007 Office suite. We highly recommend you evaluate your computer before installing 2007 Microsoft Office suites to verify your computer meets or exceeds the minimum system requirements. See your system builder or http://www.microsoft.com/office/products for more details.

22876500121

© 2006 Microsoft Corporation. All rights reserved. Microsoft, Outlook and Windows are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners. Microsoft products are licensed to OEMs by Microsoft Licensing, GP.
Part No. X13-00189