IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | | |
|---|---|---|
| **MICROSOFT CORPORATION** | : | |
| *Plaintiff,* | : | |
| | : | CASE NO. 1:08cv00596-GBL-JFA |
| v. | : | |
| **L & Y ELECTRONICS, INC.,** | : | |
| **JOHN A. LINTON, and** | : | |
| **SANGSOON LINTON** | : | |
| *Defendants.* | : | |

### DISCLOSURE OF FINANCIAL INTEREST OF L & Y ELECTRONICS, INC.

Pursuant to Fed.R.Civ.P. 7.1, counsel for L & Y ELECTRONICS, INC. makes the following disclosure of financial interest:

L & Y ELECTRONICS, INC. is a registered Virginia corporation without any parent corporations or any publicly traded corporation owning 10% or more interest.

| | |
|---|---|
| _____/s/_____ | _____ |
| Jenine Elco Graves, Esq. | Timothy W. Graves, Esq. |
| Virginia State Bar No. 44877 | Virginia State Bar No. 45414 |
| Co-counsel for Defendants | Co-counsel for Defendants |
| QUINTO & WILKS, P.C. | A ATTORNEY LLC |
| 3441 Commission Court | 9300 Grant Avenue, Suite 203 |
| Lake Ridge, Virginia 22192 | Manassas, Virginia 20110 |
| Phone: 703-492-9955 | Phone: 703-365-8306 |
| Fax: 703-492-9455 | Fax: 703-365-8307 |
| jgraves@quintowilks.com | a-atty@verizon.net |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___14th___ day of July, 2008, I will electronically file the forgoing Disclosure of Financial Interest of L & Y Electronics, Inc. with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        John K. Roche, Esq.
        Counsel for Plaintiff
        PERKINS COIE, LLP
        607 Fourteenth Street, N.W., Suite 800
        Washington, D.C. 20005
        Phone: 202-434-1627
        Fax: 202-654-9106
        jroche@perkinscoie.com

        _____/s/_____
        Jenine Elco Graves, Esq.
        Virginia State Bar No. 44877
        Co-counsel for Defendants
        QUINTO & WILKS, P.C.
        3441 Commission Court
        Lake Ridge, Virginia 22192
        Phone: 703-492-9955
        Fax: 703-492-9455
        jgraves@quintowilks.com