# OFFER OF JUDGMENT