IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff, | ) ) Case No. 1:08cv00596-GBL-JFA |
| v. | ) ) |
| L&Y ELECTRONICS, INC., *et al.*, | ) ) |
| Defendants. | ) ) ) |

**PLAINTIFF MICROSOFT CORPORATION'S
MOTION TO DISMISS COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying memorandum of law, plaintiff and counter-defendant Microsoft Corporation ("Microsoft") hereby moves the court to dismiss the counterclaims brought by defendants and counterclaimants L&Y Electronics, Inc., a Virginia corporation, John A. Linton, an individual, and Sangsoon Linton, an individual, (collectively, "Defendants"), in their Answer, Affirmative Defenses and Counterclaims [Dkt. No. 9, July 14, 2008].  Alternatively, Microsoft asks the Court to order Defendants to provide a more definite statement of their counterclaims pursuant to Federal Rule of Civil Procedure 12(e).

DATED this 4th day of August, 2008.

Respectfully submitted,

By_____/s/_____
John K. Roche (VSB# 68594)
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C.  20005-2003
Phone:  202-434-1627
Fax:  202-654-9106
JRoche@perkinscoie.com

Attorney for Plaintiff Microsoft Corporation

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

| | |
|---|---|
| Jenine Elco Graves, VSB# 44877<br>QUINTO & WILKS, P.C.<br>3441 Commission Court<br>Lake Ridge, Virginia  22192<br>Phone: 703-492-9955<br>Fax: 703-492-9455<br>jgraves@quintowilks.com<br><br>Co-counsel for Defendants | Timothy W. Graves, VSB# 45414<br>A ATTORNEY LLC<br>9300 Grant Avenue, Suite 203<br>Manassas, Virginia  20110<br>Phone: 703-365-8306<br>Fax: 703-365-8307<br>a-atty@verizon.net<br><br>Co-counsel for Defendants |

By_____/s/_____
    John K. Roche (VSB# 68594)
    Perkins Coie, LLP
    607 Fourteenth Street N.W., Suite 800
    Washington D.C.  20005-2003
    Phone:  202-434-1627
    Fax:  202-654-9106
    JRoche@perkinscoie.com

    Attorney for Plaintiff Microsoft Corporation