IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff, | ) Case No. 1:08cv00596-GBL-JFA |
| v. | ) |
| L&Y ELECTRONICS, INC., *et al.,* | ) |
| Defendants. | ) |

ORDER GRANTING
MICROSOFT CORPORATION'S MOTION TO DISMISS COUNTERCLAIMS

Upon consideration of Plaintiff and counter-defendant Microsoft Corporation's ("Microsoft") Motion to Dismiss Counterclaims brought by defendants and counterclaimants L&Y Electronics, Inc., a Virginia corporation, John A. Linton, an individual, and Sangsoon Linton, an individual, (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), it is on this _____ day of _____, 2008 hereby

ORDERED that the Motion is Granted. All counterclaims brought by Defendants against Microsoft in their Answer, Affirmative Defenses and Counterclaims [Dkt. No. 9, July 14, 2008] are hereby dismissed.

_____
Gerald Bruce Lee
United States District Judge