IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
|     Plaintiff, ) | Case No. 1:08cv00596-GBL-JFA |
| ) | |
| v. ) | |
| ) | |
| L&Y ELECTRONICS, INC., *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

PLAINTIFF MICROSOFT CORPORATION'S
MOTION TO STRIKE DEFENDANTS' FOURTH,
FIFTH, EIGHTH AND NINTH AFFIRMATIVE DEFENSES

    Pursuant to Federal Rule of Civil Procedure 12(f), and for the reasons set forth in the accompanying memorandum of law, plaintiff and counter-defendant Microsoft Corporation hereby moves the court to strike the Fourth, Fifth, Eighth and Ninth Affirmative Defenses set forth in the Answer, Affirmative Defenses and Counterclaims [Dkt. No. 9, July 14, 2008] of defendants and counterclaimants L&Y Electronics, Inc., a Virginia corporation, John A. Linton, an individual, and Sangsoon Linton, an individual.

    DATED this 4th day of August, 2008.

                                                       Respectfully submitted,

                                                       By           /s/
                                                          John K. Roche (VSB# 68594)
                                                          Perkins Coie, LLP
                                                          607 Fourteenth Street N.W., Suite 800
                                                          Washington D.C.  20005-2003
                                                          Phone:  202-434-1627
                                                          Fax:  202-654-9106
                                                          JRoche@perkinscoie.com

                                                          Attorney for Plaintiff Microsoft Corporation

-2-

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

| | |
|---|---|
| Jenine Elco Graves, VSB# 44877 | Timothy W. Graves, VSB# 45414 |
| QUINTO & WILKS, P.C. | A ATTORNEY LLC |
| 3441 Commission Court | 9300 Grant Avenue, Suite 203 |
| Lake Ridge, Virginia  22192 | Manassas, Virginia  20110 |
| Phone: 703-492-9955 | Phone: 703-365-8306 |
| Fax: 703-492-9455 | Fax: 703-365-8307 |
| jgraves@quintowilks.com | a-atty@verizon.net |
| | |
| Co-counsel for Defendants | Co-counsel for Defendants |

By   /s/
John K. Roche (VSB# 68594)
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C.  20005-2003
Phone:  202-434-1627
Fax:  202-654-9106
JRoche@perkinscoie.com

Attorney for Plaintiff Microsoft Corporation