IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,        ) | |
| Plaintiff,        ) | Case No. 1:08cv00596-GBL-JFA |
| v.        ) | |
| L&Y ELECTRONICS, INC., *et al.*,        ) | |
| Defendants.        ) | |

**ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO STRIKE DEFENDANTS' FOURTH, FIFTH, EIGHTH AND NINTH AFFIRMATIVE DEFENSES**

Upon consideration of Plaintiff and counter-defendant Microsoft Corporation's Motion to Strike Defendants' Fourth, Fifth, Eighth and Ninth Affirmative Defenses pursuant to Federal Rule of Civil Procedure 12(f), it is on this _____ day of _____, 2008 hereby

ORDERED that the Motion is Granted. The Fourth, Fifth, Eighth and Ninth Affirmative Defenses set forth in Defendants' Answer, Affirmative Defenses and Counterclaims [Dkt. No. 9, July 14, 2008] are hereby dismissed.

_____
Gerald Bruce Lee
United States District Judge