IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L&Y ELECTRONICS, INC., *et al.*, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:08cv00596-GBL-JFA |

NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 5, 2008, at 10:00 a.m., or as soon thereafter as possible, Plaintiff and counter-defendant Microsoft Corporation will bring on for hearing its Motion to Strike Defendants' Fourth, Fifth, Eighth and Ninth Affirmative Defenses.  This motion will be heard in the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, VA.

DATED this 4th day of August, 2008.

                Respectfully submitted,

                By_____/s/_____
                  John K. Roche (VSB# 68594)
                  Perkins Coie, LLP
                  607 Fourteenth Street N.W., Suite 800
                  Washington D.C.  20005-2003
                  Phone:  202-434-1627
                  Fax:  202-654-9106
                  JRoche@perkinscoie.com

                Attorney for Plaintiff Microsoft Corporation

-2-

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

| | |
|---|---|
| Jenine Elco Graves, VSB# 44877 | Timothy W. Graves, VSB# 45414 |
| QUINTO & WILKS, P.C. | A ATTORNEY LLC |
| 3441 Commission Court | 9300 Grant Avenue, Suite 203 |
| Lake Ridge, Virginia  22192 | Manassas, Virginia  20110 |
| Phone: 703-492-9955 | Phone: 703-365-8306 |
| Fax: 703-492-9455 | Fax: 703-365-8307 |
| jgraves@quintowilks.com | a-atty@verizon.net |
| | |
| Co-counsel for Defendants | Co-counsel for Defendants |

By_____/s/_____
John K. Roche (VSB# 68594)
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C.  20005-2003
Phone:  202-434-1627
Fax:  202-654-9106
JRoche@perkinscoie.com

Attorney for Plaintiff Microsoft Corporation