IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:08cv00596-GBL-JFA |
| | ) |
| L & Y ELECTRONICS, INC., | ) |
| | ) |
| JOHN A. LINTON, and | ) |
| | ) |
| SANGSOON LINTON | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please note the appearance of Timothy W. Graves, as co-counsel, on behalf of the Defendants L & Y ELECTRONICS, INC., JOHN A. LINTON and SANGSOON LINTON.

BY      /s/

Timothy W. Graves, Esq.
Virginia State Bar No. 45414
Co-counsel for Defendants
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26<u>th</u> day of August, 2008, I will electronically file the forgoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

                John K. Roche, Esq.
                Counsel for Plaintiff
                PERKINS COIE, LLP
                607 Fourteenth Street, N.W., Suite 800
                Washington, D.C. 20005
                Phone: 202-434-1627
                Fax: 202-654-9106
                jroche@perkinscoie.com

                                              /s/
                Timothy Graves, Esq.
                Virginia State Bar No. 45,414
                Co-counsel for Defendants
                A Attorney LLC
                9300 Grant Avenue, Suite 203
                Manassas, Virginia 20110
                Phone: 703-365-8306
                Fax: 703-365-8307
                a-atty@verizon.net