IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division


DISTRICT JUDGE GERALD BRUCE LEE

MAGISTRATE JUDGE JOHN F. ANDERSON

| | | |
|---|---|---|
| MICROSOFT CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:08cv00596-GBL-JFA |
| | ) | |
| L & Y ELECTRONICS, INC., | ) | |
| | ) | |
| JOHN A. LINTON, and | ) | |
| | ) | |
| SANGSOON LINTON | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR

VOLUNTARY DISMISSAL OF VIRGINIA ANTITRUST COUNTERCLAIM


Defendants, L & Y ELECTRONICS, INC., JOHN A. LINTON, AND SANGSOON

LINTON (collectively "Defendants" hereinafter) by counsel, submit this Memorandum in

Support of their Motion for Volundary Dismissal of Virginia Antitrust Counterclaim and in

support thereof state as follows:

1.      Defendants filed their answer and counterclaims on July 14, 2008 (Docket

Item  No. 9).  Defendants' second counterclaim alleged antitrust injury under Federal and

Virginia antitrust laws.

2.      On August 4, 2008 Plaintiff Microsoft Corporation filed its motion to dismiss

Defendants counterclaims without answering or filing a motion for summary judgment

(Docket Item No. 17).

3.     Upon further research of the Virginia antitrust claim, Defendants have

discovered the following venue requirement:

Virginia Code § 59.1-9.9. Venue.

The venue for all actions and proceedings for violations of this chapter shall be as specified below in this section.

The circuit court of the county or city wherein any defendant: (I) resides; or (ii) regularly or systematically conducts affairs or business activity; or (iii) has property that may be affected by the action or proceeding. Provided, however, that if said defendant does not, as specified in (I), (ii) and (iii) above, reside in, conduct affairs or business activity in, or have such property in the Commonwealth, then the action or proceeding may be brought in the circuit court of the county or city in which the registered office of said defendant is located or wherein the alleged violation occurred.

4.     In accordance with Virginia law, Virginia antitrust claims must be brought in a

Virginia circuit court.  Therefore, Defendants voluntarily request dismissal of their

antitrust claim to the extent it is based upon violation of Virginia antitrust law.


WHEREFORE Defendants respectfully request that Defendants' second

counterclaim be dismissed pursuant to Federal Rule of Civil Procedure 41 to the extent

the second counterclaim is based upon Virginia antitrust law (Virginia Code Section

59.1-9.1 *et seq*.).

Respectfully submitted,


_____/s/_____
Timothy Graves, Esq.
Virginia State Bar No. 45,414
Co-counsel for Defendants
A Attorney LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net


## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2008, I will electronically file the forgoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John K. Roche, Esq.
Counsel for Plaintiff
PERKINS COIE, LLP
607 Fourteenth Street, N.W., Suite 800
Washington, D.C. 20005
Phone: 202-434-1627
Fax: 202-654-9106
jroche@perkinscoie.com


_____/s/_____
Timothy Graves, Esq.
Virginia State Bar No. 45,414
Co-counsel for Defendants
A Attorney LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net