CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of August, 2008, I electronically filed the Notice of Hearing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> John K. Roche, Esq.
> Counsel for Plaintiff
> PERKINS COIE, LLP
> 607 Fourteenth Street, N.W., Suite 800
> Washington, D.C. 20005
> Phone: 202-434-1627
> Fax: 202-654-9106
> jroche@perkinscoie.com

                                            /s/

                                Timothy Graves, Esq.
                                Virginia State Bar No. 45,414
                                Co-counsel for Defendants
                                A Attorney LLC
                                9300 Grant Avenue, Suite 203
                                Manassas, Virginia 20110
                                Phone: 703-365-8306
                                Fax: 703-365-8307
                                a-atty@verizon.net