IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:08cv00596-GBL-JFA |
| | ) |
| L & Y ELECTRONICS, INC., | ) |
| | ) |
| JOHN A. LINTON, and | ) |
| | ) |
| SANGSOON LINTON | ) |
| | ) |
| Defendants. | ) |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on September 19, 2008, at 10:00 a.m., or as soon thereafter as possible, Defendants will move this Court for granting their Motion for Voluntary Dismissal Of Virginia Antitrust Counterclaim.

DATED this 29th day of August, 2008.

BY  /s/

Timothy W. Graves, Esq.
Virginia State Bar No. 45414
Co-counsel for Defendants
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2008, I will electronically file the forgoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>John K. Roche, Esq.
>Counsel for Plaintiff
>PERKINS COIE, LLP
>607 Fourteenth Street, N.W., Suite 800
>Washington, D.C. 20005
>Phone: 202-434-1627
>Fax: 202-654-9106
>jroche@perkinscoie.com

/s/

Timothy Graves, Esq.
Virginia State Bar No. 45,414
Co-counsel for Defendants
A Attorney LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net