IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L&Y ELECTRONICS, INC., *et al.*, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 1:08cv00596-GBL-JFA |

**PLAINTIFF AND COUNTER-DEFENDANT MICROSOFT CORPORATION'S RESPONSE TO DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR VOLUNTARY DISMISSAL OF VIRGINIA ANTITRUST COUNTERCLAIM**

Plaintiff and counter-defendant Microsoft Corporation ("Microsoft") submits this Response to the Motion for Voluntary Dismissal of Virginia Antitrust Counterclaim brought by defendants and counterclaimants L&Y Electronics, Inc., a Virginia corporation, John A. Linton, an individual, and Sangsoon Linton, an individual, (collectively, "Defendants"). Defendants' second counterclaim, to the extent it is based on Virginia law, should be dismissed for the reasons set forth in Microsoft's Motion to Dismiss Defendants' Counterclaims, which was filed on August 4, 2008.

DATED this 8th day of September, 2008.

Respectfully submitted,

By_____/s/_____
John K. Roche (VSB# 68594)
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C.  20005-2003
Phone:  202-434-1627
Fax:  202-654-9106
JRoche@perkinscoie.com

Attorney for Plaintiff Microsoft Corporation

## CERTIFICATE OF SERVICE

I hereby certify this 8th day of September, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Jenine Elco Graves, VSB# 44877
QUINTO & WILKS, P.C.
3441 Commission Court
Lake Ridge, Virginia  22192
Phone: 703-492-9955
Fax: 703-492-9455
jgraves@quintowilks.com

Co-counsel for Defendants

Timothy W. Graves, VSB# 45414
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia  20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

Co-counsel for Defendants

By          /s/
   John K. Roche (VSB# 68594)
   Perkins Coie, LLP
   607 Fourteenth Street N.W., Suite 800
   Washington D.C.  20005-2003
   Phone:  202-434-1627
   Fax:  202-654-9106
   JRoche@perkinscoie.com

Attorney for Plaintiff Microsoft Corporation