JURY

# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00596-GBL-JFA
#### Internal Use Only

9/5/08 (R. Wilson)
10⁵⁰ - 11³⁰

Microsoft Corporation v. L&Y Electronics, Inc. et al
Assigned to: District Judge Gerald Bruce Lee
Referred to: Magistrate Judge John F. Anderson
Cause: 17:501 Copyright Infringement

Date Filed: 06/09/2008
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Microsoft Corporation**
*a Washington corporation*

Motion to strike affirmative defenses
+ counterclaims.
Motion to dismiss heard, findings
stated from the Bench. Order to
follow.

✓
represented by **John Kuropatkin Roche**
Perkins Coie LLP
607 14th Street, NW
Suite 800
Washington, DC 20005
(202) 434-1627
Fax: (202) 654-9106
Email: jroche@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**L&Y Electronics, Inc.**
*a Virginia corporation*

✓
represented by **Jenine Elco Graves**
Quinto & Wilks PC
3441 Commission Ct
Lake Ridge, VA 22192
(703) 492-9955
Fax: (703) 492-9455
Email: jgraves@quintowilks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

✓ **Timothy W. Graves**
A Attorney LLC
9300 Grant Ave
Suite 203
Manassas, VA 20110
(703) 365-8306
Fax: (703) 365-8307
Email: a-atty@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A. Linton**
*an individual*

represented by **Jenine Elco Graves**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*