IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Microsoft Corporation, )
     Plaintiff, )
 )
v. ) Case No. 1:08cv596 (GBL)
 )
L&Y Electronics, Inc., et al., )
     Defendants. )

## ORDER

THIS MATTER is before the Court on Defendant L&Y Electronics' Motion to Dismiss Second Counterclaim to the Extent Based Upon Virginia Antitrust Law and Plaintiff Microsoft Corporation's Motion to Dismiss Defendants' Antitrust Counterclaim. It is hereby

ORDERED that for the reasons stated in Plaintiff's Motion, Plaintiff's Motion to Dismiss Defendant's Antitrust Counterclaim (both to the extent it is based on federal and Virginia law) is GRANTED. This claim is dismissed without prejudice. It is further

ORDERED that Defendant's Motion to Dismiss Second Counterclaim to the Extent Based Upon Virginia Antitrust Law is DENIED AS MOOT.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 22nd day of September, 2008.

Alexandria, Virginia
09/ 22 /08

/s/
Gerald Bruce Lee
United States District Judge