IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:08cv00596-GBL-JFA |
| ) | |
| L & Y ELECTRONICS, INC., ) | |
| ) | |
| JOHN A. LINTON, and ) | |
| ) | |
| SANGSOON LINTON ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on October 10, 2008, at 10:00 a.m., or as soon thereafter as possible, Defendant Sangsoon Linton will move this Court for granting her Motion to Compel.

DATED this 29th day of August, 2008.

BY _____/s/_____

Timothy W. Graves, Esq.
Virginia State Bar No. 45414
Co-counsel for Defendants
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st_____day of October, 2008, I will electronically file the forgoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

              John K. Roche, Esq.
              Counsel for Plaintiff
              PERKINS COIE, LLP
              607 Fourteenth Street, N.W., Suite 800
              Washington, D.C. 20005
              Phone: 202-434-1627
              Fax: 202-654-9106
              jroche@perkinscoie.com

                                                          /s/_____
                                           Timothy Graves, Esq.
                                           Virginia State Bar No. 45,414
                                           Co-counsel for Defendants
                                           A Attorney LLC
                                           9300 Grant Avenue, Suite 203
                                           Manassas, Virginia 20110
                                           Phone: 703-365-8306
                                           Fax: 703-365-8307
                                           a-atty@verizon.net