IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICROSOFT CORPORATION,          )
                                )
                Plaintiff,       )
                                )
v.                              )   Civil Action No. 1:08cv596 (GBL/JFA)
                                )
L&Y ELECTRONICS, INC., et al.   )
                                )
                Defendants.      )
_____)

## ORDER

The hearing on defendant Sangsoon Linton's Motion to Compel (Docket no. 41) is now scheduled for 9:00 a.m. on Friday, October 10, 2008, instead of 10:00 a.m. on Friday, October 10, 2008.

Entered this 8th day of October 2008.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia