Date: 10-10-08

Start: 9:01
Finish: 9:37

Judge: John F. Anderson
Reporter: FTR

Civil Action Number: 08-596 CV

Microsoft Corp

vs.

L & Y Electronics

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
To Compel - granted in part - denied in part

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

( ) Report and Recommendation to Follow
(✓) Order to Follow

36 minutes