

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICROSOFT CORPORATION, )
)
    Plaintiff, )
)
  v. )  Civil Action No. 1:08cv596 (GBL/JFA)
)
L&Y ELECTRONICS, INC., et al. )
)
    Defendants. )
)

## ORDER

  On October 10, 2008 the parties came before the court and presented argument on

defendant Sangsoon Linton's Motion to Compel (Docket no. 41). Upon consideration of the

motion, the memorandum in support (Docket no. 42), the plaintiff's opposition (Docket no. 44),

and the arguments of counsel, and for the reasons stated from the bench, it is hereby

  ORDERED that the motion is granted in part and denied in part.

  Entered this 10th day of October 2008.

            /s/    JFA
          John F. Anderson
          United States Magistrate Judge
         United States Magistrate Judge

Alexandria, Virginia