IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

MICROSOFT CORPORATION    )
                         )
Plaintiff,               )
v.                       )   CASE NO. 1:08cv00596-GBL-JFA
                         )   TRIAL BY JURY DEMANDED
L & Y ELECTRONICS, INC., )
                         )
JOHN A. LINTON, and      )
                         )
SANGSOON LINTON          )
                         )
        Defendants.      )

### DEFENDANT SANGSOON LINTON'S SECOND MOTION TO COMPEL

Defendant, SANGSOON LINTON ( "Defendants" hereinafter) by counsel, pursuant

to Federal Rule of Civil Procedure 37, and for the reasons set forth in the accompanying

memorandum, hereby moves the Court for an Order compelling Plaintiff, Microsoft

Corporation to answer Defendant Sangsoon Linton's First Interrogatories to Plaintiff

Microsoft Corporation, Number 10, 11 and 13.

Defendant moves for an Order to compel answers on the grounds that the requested

documents are relevant to the issues in this action.

Respectfully submitted,

_____/s/_____

Timothy Graves, Esq.
Virginia State Bar No. 45,414
Co-counsel for Defendants
A Attorney LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net


CERTIFICATE OF SERVICE

I hereby certify that on this 16th  day of October, 2008, I will electronically file the forgoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> John K. Roche, Esq.
> Counsel for Plaintiff
> PERKINS COIE, LLP
> 607 Fourteenth Street, N.W., Suite 800
> Washington, D.C. 20005
> Phone: 202-434-1627
> Fax: 202-654-9106
> jroche@perkinscoie.com


_____/s/_____

Timothy Graves, Esq.
Virginia State Bar No. 45,414
Co-counsel for Defendants
A Attorney LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net