IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:08cv00596-GBL-JFA |
| ) | TRIAL BY JURY DEMANDED |
| L & Y ELECTRONICS, INC., ) | |
| ) | |
| JOHN A. LINTON, and ) | |
| ) | |
| SANGSOON LINTON ) | |
| ) | |
| Defendants. ) | |

DEFENDANT JOHN LINTON'S MOTION TO COMPEL

Defendant, JOHN LINTON ("Defendant" hereinafter) by counsel, pursuant to Federal Rule of Civil Procedure 37, and for the reasons set forth in the accompanying memorandum, hereby moves the Court for an Order compelling Plaintiff, Microsoft Corporation to fully respond to Defendant John Linton's First Request For Production of Documents to Plaintiff Microsoft Corporation, Requests Number 1 through 12, 21, 22 and 23.

Defendant moves for an Order to compel answers on the grounds that the requested documents are relevant to the issues in this action.

Respectfully submitted,

_____/s/_____

Timothy Graves, Esq.
Virginia State Bar No. 45,414
Co-counsel for Defendants
A Attorney LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2008, I will electronically file the forgoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> John K. Roche, Esq.
> Counsel for Plaintiff
> PERKINS COIE, LLP
> 607 Fourteenth Street, N.W., Suite 800
> Washington, D.C. 20005
> Phone: 202-434-1627
> Fax: 202-654-9106
> jroche@perkinscoie.com

_____/s/_____

Timothy Graves, Esq.
Virginia State Bar No. 45,414
Co-counsel for Defendants
A Attorney LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net