IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DISTRICT JUDGE GERALD BRUCE LEE
MAGISTRATE JUDGE JOHN F. ANDERSON

| | |
|---|---|
| MICROSOFT CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:08cv00596-GBL-JFA |
| | ) TRIAL BY JURY DEMANDED |
| L & Y ELECTRONICS, INC., | ) |
| | ) |
| JOHN A. LINTON, and | ) |
| | ) |
| SANGSOON LINTON | ) |
| | ) |
| Defendants. | ) |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that the hearing scheduled for October 24, 2008, has been continued to November 13, 2008 at 10:00 a.m., at which time Defendant Sangsoon Linton will move this Court for granting her Second Motion to Compel.

DATED this 20th day of October, 2008.

BY _____/s/_____

Timothy W. Graves, Esq.
Virginia State Bar No. 45414
Co-counsel for Defendants
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

CERTIFICATE OF SERVICE

      I hereby certify that on this <u>20th</u> day of October, 2008, I will electronically file the forgoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

                John K. Roche, Esq.
                Counsel for Plaintiff
                PERKINS COIE, LLP
                607 Fourteenth Street, N.W., Suite 800
                Washington, D.C. 20005
                Phone: 202-434-1627
                Fax: 202-654-9106
                jroche@perkinscoie.com

                                                /s/
                                    Timothy Graves, Esq.
                                    Virginia State Bar No. 45,414
                                    Co-counsel for Defendants
                                    A Attorney LLC
                                    9300 Grant Avenue, Suite 203
                                    Manassas, Virginia 20110
                                    Phone: 703-365-8306
                                    Fax: 703-365-8307
                                    a-atty@verizon.net