FILED
OCT 28 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __08 cv 596__, Case Name __Microsoft v. L&Y Electronics__, Inc.
Party Represented by Applicant: __Microsoft Corporation__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Katherine Marie Dugdale__
Bar Identification Number __168014__  State __California__
Firm Name __Perkins Coie LLP__
Firm Phone # __310-788-3200__   Direct Dial # __310-788-3295__   FAX # __310-788-3399__
E-Mail Address __KDugdale@perkinscoie.com__
Office Mailing Address __1620 26th Street, 6th Floor, South Tower, Santa Monica, CA 90404__

Name(s) of federal court(s) in which I have been admitted __All U.S. District Courts in CA, Ninth Circuit and Second Circuit__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not ____ X ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   10/9/08 (Date)
John K. Roche - VSB # 68594
(Typed or Printed Name)

Court Use Only:   T.F.

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Gerald Bruce Lee
United States District Judge
(Judge's Signature)

10-28-08
(Date)

## CERTIFICATE OF SERVICE

I hereby certify this 17th day of October, 2008, I will file the foregoing with the Clerk of Court and send the foregoing to following individuals via electronic and U.S. mail:

Jenine Elco Graves, VSB# 44877
QUINTO & WILKS, P.C.
3441 Commission Court
Lake Ridge, Virginia 22192
Phone: 703-492-9955
Fax: 703-492-9455
jgraves@quintowilks.com

Co-counsel for Defendants

Timothy W. Graves, VSB# 45414
A ATTORNEY LLC
9300 Grant Avenue, Suite 203
Manassas, Virginia 20110
Phone: 703-365-8306
Fax: 703-365-8307
a-atty@verizon.net

Co-counsel for Defendants

By_____/s/_____
John K. Roche (VSB# 68594)
Perkins Coie, LLP
607 Fourteenth Street N.W., Suite 800
Washington D.C. 20005-2003
Phone: 202-434-1627
Fax: 202-654-9106
JRoche@perkinscoie.com

Attorney for Plaintiff Microsoft Corporation