

RECEIVED

2008 OCT 17 A 11: 24

CLERK        COURT
ALEX          GINIA

607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
PHONE: 202.628.6600
FAX: 202.434.1690
www.perkinscoie.com

John K. Roche
PHONE: (202) 434-1627
EMAIL: JRoche@perkinscoie.com

October 17, 2008

**VIA HAND DELIVERY**

Civil Clerk
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314
Tel: 703-299-2101

Re:   *Microsoft Corporation v. L&Y Electronics, Inc., et al.*,
      Case No. 1:08-cv-00596-GBL-JFA

Dear Sir or Madam:

Please accept for filing the pro hac vice application of Katherine Marie Dugdale to appear as counsel for Microsoft Corporation in the above-referenced case and the $50.00 application fee.

Please also date stamp the enclosed additional copy of the application and return it to my messenger.

Thank you for your attention to this matter.

Very truly yours,

John K. Roche