```
Court Name: United States District Court
Division: 1
Receipt Number: 14683001510
Cashier ID: rbroaden
Transaction Date: 10/17/2008
Payer Name: KATHERINE DUGDALE
------------------------------------
PRO HAC VICE
 For: KATHERINE DUGDALE
 Case/Party: D-VAE-1-09-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CHECK
 Remitter: PERKINS COIE
 Check/Money Order Num: 990281
 Amt Tendered:  $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:       $0.00

PRO HAC VICE

108CV596
KATHERINE DUGDALE
```