

**Perkins Coie**

607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
PHONE: 202.628.6600
FAX: 202.434.1690
www.perkinscoie.com

John K. Roche
PHONE: (202) 434-1627
EMAIL: JRoche@perkinscoie.com

November 13, 2008

**VIA HAND DELIVERY**

Civil Clerk
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314
Tel: 703-299-2101

Re:   *Microsoft Corporation v. L&Y Electronics, Inc., et al.,*
      Case No. 1:08-cv-00596-GBL-JFA

Dear Sir or Madam:

Please find enclosed originals of the following documents to be filed with the Court today in the above-referenced matter:

- Stipulation for Dismissal With Prejudice; [Proposed] Order; and

- Stipulated Permanent Injunction; [Proposed] Order.

Please also find enclosed one additional copy of each of these documents to be date-stamped and return to my messenger for our files.

Very truly yours,

John K. Roche

41826-5249/LEGAL14933268.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates