

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff, | ) Case No. 1:08cv00596-GBL-JFA |
| v. | ) |
| L&Y ELECTRONICS, INC., *et al.*, | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

WHEREAS Plaintiff Microsoft Corporation ("Microsoft"), and Defendants L&Y Electronics, Inc., a Virginia corporation, John A. Linton, and Sangsoon Linton (collectively, "Defendants") have settled this matter;

IT IS HEREBY STIPULATED by and between Microsoft, through its attorneys, and Defendants, through their attorneys, that Defendants L&Y Electronics, Inc., John A. Linton, and Sangsoon Linton shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

IT IS SO STIPULATED.

Dated: November 13, 2008

PERKINS COIE LLP

By: _____
John K. Roche
Attorneys for Plaintiff
MICROSOFT CORPORATION

Dated: November 12, 2008

Quinto + Wilks, P.C.

By: _____
Jenine E. Graves
Attorneys for Defendants
L&Y ELECTRONICS, INC., JOHN A. LINTON and
SANGSOON LINTON

## ORDER

Good Cause appearing therefore, IT IS ORDERED that:

Defendants L&Y Electronics, Inc., a Virginia corporation, John A. Linton, and Sangsoon Linton (collectively, "Defendants") are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

DATED: November 18, 2008

/s/
Gerald Bruce Lee
United States District Judge
HON. GERALD BRUCE LEE
United States District Judge